JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL D. CARR, <br><br> Plaintiff, <br><br> v. <br><br> DR. SHERIF ABDOU, <br><br> Defendant. | Case No. EDCV 21-0865 MRA (PVC) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: May 31, 2024

_____
MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE